No. 04–5492. ACOSTA-MARTINEZ v. UNITED STATES; GONZALEZ-FLOTA v. UNITED STATES; GUZMAN-SANCHEZ v. UNITED STATES; HERNANDEZ-ALVAREZ v. UNITED STATES; NORIEGA-CISNEROS, AKA NORIEGA, ET AL. v. UNITED STATES; ORTIZ-GALINDO v. UNITED STATES; PASILLAS-MARTINEZ v. UNITED STATES; and SOLORZANO-PALMAS, AKA SOLORZANO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.